IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOUSE CALLS OF NEW MEXICO, LLC

    Plaintiff,

vs                                    CIV 18-0157 GJF/JHR

HOUSE CALLS TO YOU, LLC,

    Defendant.

## STIPULATION OF DISMISSAL

The Plaintiff, by and through its counsel, Jackson Loman Stanford & Downey, P.C. (Eric Loman) and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby notifies the Court that the parties have agreed to dismiss this case without prejudice.

This case should be closed. All hearings and deadlines should be vacated.

                Respectfully submitted,

                **JACKSON LOMAN STANFORD
                & DOWNEY, P.C.**

                _____
                Eric Loman
                Counsel for Plaintiff
                201 Third St. N.W., Ste. 1500
                Albuquerque, NM 87102
                (505) 767-0577
                (505) 242-9944 (fax)
                eric@jacksonlomanlaw.com

Approved by:

Approved via email on September 21, 2018
Mary Behm
Counsel for Defendant

1

I certify that the foregoing was filed via the Court's
CM/ECF system on September 21, 2018, which causes
all counsel to be served electronically.

_____
Eric Loman