# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

HOUSE CALLS OF NEW MEXICO, LLC,

    Plaintiff,

v.                                                       Civ. No. 18-157 GJF/JHR

HOUSE CALLS TO YOU, LLC,

    Defendant.

## ORDER GRANTING STIPULATION OF DISMISSAL

THIS MATTER comes before the Court upon the parties' "Stipulation of Dismissal" ("Stipulation"). ECF No. 20. The Court, having reviewed the Stipulation and noting the concurrence of the parties, finds the Stipulation to be well-taken.

**IT IS THEREFORE ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own court costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*