# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

HOUSE CALLS OF NEW MEXICO, LLC,

    Plaintiff,

v.                                                               Civ. No. 18-157 GJF/JHR

HOUSE CALLS TO YOU, LLC,

    Defendant.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order Granting Stipulation of Dismissal" [ECF No. 21] entered by the Court on September 21, 2018, this Final Judgment adjudicates all existing claims and liabilities of the parties.

The above-captioned cause is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*